# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON ALLEN,<br><br>              Plaintiff,<br><br>         v.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>              Defendant. | CV F 04 5897 DLB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Document 12) |

On April 4, 2005, the Court issued an order to show cause why the action should not be dismissed for Plaintiff's failure to file an opening brief. A response to the order to show cause was due on April 27, 2005.

Plaintiff did not file a timely response. However, Plaintiff filed his opening brief on May 8, 2005. Prior to the filing, Plaintiff's counsel's office informed the Court that Plaintiff had received an extension of time to file the opening brief from Defendant, but failed to inform the Court.

Accordingly, the order to show cause is DISCHARGED.

IT IS SO ORDERED.

**Dated:     May 9, 2005**            /s/ Dennis L. Beck
3b142a                        UNITED STATES MAGISTRATE JUDGE

1